STATE OF CONNECTICUT *v.* RONALD CALLAHAN

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 654, is denied.

*Martin Zeldis,* assistant public defender, in support of the petition.

Decided July 11, 1990

THOMAS P. DUGAS *v.* LUMBERMENS MUTUAL CASUALTY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 27, is granted, limited to the following issues:

"1. Did the Appellate Court properly consider the validity of Regulations of Connecticut State Agencies § 38-175a-6 (d) (3)?

"2. Did the Appellate Court properly conclude that this insurance regulation is void?"

*Michael Brodinsky,* in support of the petition.

Decided July 11, 1990

STATE OF CONNECTICUT *v.* WILLIAM J. SAFFORD

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 467, is denied.

*William J. Safford,* pro se, in support of the petition.

*James A. Killen* and *Warren Maxwell,* assistant state's attorneys, and *John Bailey,* state's attorney, in opposition.

Decided July 11, 1990